# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**TERRIS HANKS**

        **Plaintiff**

vs.                                                       **CASE NUMBER: 5:09-cv-1109**
                                                                          **(NPM/GHL)**

**JOHN DOE # 1, Cricket Communications, Inc., NY
and JOHN DOE # 2, Sprint-Nextel Corp. LP, NY**

        **Defendants**

**SPRINT-NEXTEL CORPORATION, o/b/o John Doe # 2**

        **Intervenor-Defendant**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss for failure to state a claim upon which relief may be granted filed by Sprint-Nextel Corporation on behalf of John Doe # 2 is GRANTED. It is further Ordered that the Complaint is DISMISSED *sua sponte* against John Doe # 1 for failure to state a claim upon which relief may be granted.

All of the above pursuant to the Order of the Honorable Judge Neal P. McCurn, dated the 11th day of June, 2010.

DATED: June 14, 2010

                                                                              */s/ Lawrence K. Baerman*
                                                                              Clerk of Court

                                                                              s/ Melissa Ennis
                                                                              Melissa Ennis
                                                                              Deputy Clerk